IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DUANE L. BERRY, #62250019, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | Civil Action No. 3:20-CV-0563-X-BH |
| § | |
| ERIC D. WILSON, Warden, § | |
| § | |
| *Respondent*. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to follow court orders.

If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**IT IS SO ORDERED** this 29th day of September, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE